ACCEPTED
04-14-00762-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/19/2015 9:36:19 AM
KEITH HOTTLE
CLERK

No. 04-14-00762-CR

IN THE COURT OF APPEALS FOR THE FOURTH JUDICIAL DISTRICT
OF TEXAS, AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/19/2015 9:36:19 AM
KEITH E. HOTTLE
Clerk

## Jason Robert Vanwinkle
Appellant

v.

## The State of Texas
Appellee

On Appeal from the 198th District Court of Bandera County
Cause No. CR-14-0000041
The Honorable M. Rex Emerson, Judge Presiding

# Motion for Extension of Time To File State's Brief on Appeal

TO THE HONORABLE FOURTH COURT OF APPEALS:

COMES NOW, the State of Texas, Appellee in the above styled and numbered cause, by and through her duly elected District Attorney, and respectfully enters this "Motion for Extension of Time to File State's Brief on Appeal," and in support of such Motion would show the Court:

I

Appellant was convicted in the 198th District Court of Bandera County, Texas, of the offense of Arson. Punishment was assessed at confinement for 50 years. The trial court imposed sentence on September 25, 2014, and notice of appeal was timely filed with the clerk of the trial court. The deadline for filing the State's Brief with the Court is May 20, 2015. This request for an extension is based upon the inability of the undersigned attorney to finish research on the issues raised by the trial of the case.

II

Counsel for the State would further show that he will require an additional forty-five (45) days in which to complete the research and prepare the State's Brief.  This is the State's first request for an extension of time in which to file its brief.

**Prayer**

WHEREFORE PREMISES CONSIDERED, the undersigned prays this Honorable Court to grant the State's motion for extension of time in which to file its brief, and Order that the deadline for filing such be extended an additional forty-five (45) days, until July 6, or until such time as set by this Court.

Respectfully submitted,

/s/ Scott F. Monroe

_____

**Scott F. Monroe**
District Attorney, 198th District Court
402 Clearwater Paseo, Suite 500
Kerrville, Texas  78028
eMail: scottm@198da.com
Tel. 830-315-2460
Fax: 830-315-2461
State Bar Card No. 14272700

Attorney for the State of Texas

**Certificate of Compliance and Delivery**

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 341 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on May 19, 2015, a true and correct copy of the above and foregoing "Motion for Extension of Time To File State's Brief on Appeal" was transmitted via the eService function on the State's eFiling portal, to M. Patrick Maguire (mpmlaw@ktc.com), counsel of record for Appellant.

/s/ Scott F. Monroe

_____

**Scott F. Monroe**